presented at trial established the railroad's negligence.

The judgment is affirmed. Rule 84.16(b).

---

**Marvin DANIELS, Appellant,**

v.

**KANSAS CITY SOUTHERN RAILWAY CO., Respondent.**

**No. WD 51609.**

Missouri Court of Appeals,
Western District.

Oct. 22, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Charles W. Armbruster, III, Carlson, Wendler & Sanderson, P.C., St. Louis, for appellant.

Thomas S. Stewart, Douglas R. Dalgleish, Lathrop & Gage, Kansas City, for respondent.

Before ULRICH, C.J., P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Marvin Daniels appeals from the judgment notwithstanding the verdict (JNOV) in favor of Kansas City Southern Railway Company in a personal injury action under the Federal Employers Liability Act. Mr. Daniels asserts that the trial court erred in granting the motion for JNOV because the evidence